## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KELVIN BELL**                                                                          **PLAINTIFF**

**v.**                                              **Case No. 4:25-cv-1253-JM**

**TRANSCO LINES, INC.**                                                           **DEFENDANTS**

### <u>ORDER</u>

Kelvin Bell's motion for leave to file an amended complaint (Doc. 13) is GRANTED. The Clerk of Court is directed to file Bell's attached amended complaint (Doc. 13-1) as Amended Complaint.   Defendant's motion to dismiss (Doc. 4) is DENIED without prejudice given the new filing.

IT IS SO ORDERED this 19th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE