**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KELVIN BELL** **PLAINTIFF**

**v.** **Case No. 4:25-cv-1253-JM**

**TRANSCO LINES, INC.** **DEFENDANTS**

**ORDER**

Kelvin Bell's motion for leave to file a second amended complaint (Doc. 24) is GRANTED over Defendant's objections. Fed. R. Civ. P. 15(a)(2). Defendant's motion to dismiss (Doc. 16) is, therefore, denied as MOOT and can be refiled after consideration of the second amended complaint. The Court directs the Clerk to docket Bell's Second Amended Complaint (Doc. 24-1). No further motions to amend will be considered.

IT IS SO ORDERED this 27th day of August, 2026.

UNITED STATES DISTRICT JUDGE